**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1789**

———————

ROBERT L. PERKINS,

Plaintiff - Appellant,

versus

DONALD G. WATSON; ESTATE OF PRISCILLA P. WATSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Russell A. Eliason, Magistrate Judge. (CA-04-988-1-RAE)

———————

Submitted: November 22, 2005      Decided: December 1, 2005

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert L. Perkins, Appellant Pro Se. Norman Barrett Smith, SMITH, JAMES, ROWLETT & COHEN, L.L.P., Greensboro, North Carolina; Philip Edward Berger, THE BERGER LAW FIRM, Eden, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert L. Perkins appeals the magistrate judge's[*] order granting Defendants' motion to dismiss for lack of subject matter jurisdiction. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Perkins v. Watson, No. CA-04-988-1-RAE (M.D.N.C. June 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate pursuant to 28 U.S.C. § 636(c) (2000).

- 2 -